UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. |
|  | ) | VIOLATIONS: |
|  | ) |  |
|  | ) | 18 U.S.C. §922(g)(1) - |
|  | ) | Possession of a Firearm and |
|  | ) | Ammunition by a Convicted |
|  | ) | Felon (Counts One and Two) |
|  | ) |  |
|  | ) | 18 U.S.C. §922(g)(1) - |
|  | ) | Possession of Ammunition by a |
|  | ) | Convicted Felon (Count Three) |
|  | ) |  |
|  | ) | 18 U.S.C. §922(n) - |
| v. | ) | Possession of a Firearm and |
|  | ) | Ammunition by a Person Under |
|  | ) | Indictment (Counts Four and |
|  | ) | Five) |
|  | ) |  |
|  | ) | 18 U.S.C. §922(n) - |
|  | ) | Possession of Ammunition by a |
|  | ) | Person Under Indictment |
|  | ) | (Count Six) |
|  | ) |  |
|  | ) | 18 U.S.C. §922(a)(6) - |
|  | ) | False Statement to a Federally |
| VITO RESTO, | ) | Licensed Firearms Dealer |
| Defendant | ) | (Counts Seven and Eight) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT ONE</u>:   Title 18, United States Code, Section 922(g)(1) -
              Possession of a Firearm and Ammunition by a
              Convicted Felon

   On or about August 30, 2004, in Springfield, in the District of Massachusetts,

**VITO RESTO,**

defendant herein, having previously been convicted of a crime

punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearm and ammunition:

- Smith & Wesson 9 mm pistol, serial # PBL4082
- 9 mm ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>:   **Title 18, United States Code, Section 922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon**

On or about September 7, 2004, in Springfield, in the District of Massachusetts,

**VITO RESTO,**

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearm and ammunition:

- Smith & Wesson 9 mm pistol, Serial # PBL0622
- 9 mm ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE:** **Title 18, United States Code, Section 922(g)(1) - Possession of Ammunition by a Convicted Felon**

On or about September 7, 2004, in Springfield, in the District of Massachusetts,

**VITO RESTO,**

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess (in the center console of a motor vehicle), in or affecting interstate commerce, the following ammunition:

- Eighteen rounds of 9 mm ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT FOUR</u>:     **Title 18, United States Code, Section 922(n) - Possession of a Firearm and Ammunition by An Individual Who is Under Indictment**

On or about August 30, 2004, in Springfield, in the District of Massachusetts,

**VITO RESTO,**

defendant herein, while under indictment for a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearm and ammunition:

- Smith & Wesson 9 MM pistol, serial # PBL4082
- 9 mm ammunition

All in violation of Title 18, United States Code, Section 922(n).

**COUNT FIVE:**    **Title 18, United States Code, Section 922(n) - Possession of a Firearm and Ammunition by An Individual Who is Under Indictment**

On or about September 7, 2004, in Springfield, in the District of Massachusetts,

**VITO RESTO,**

defendant herein, while under indictment for a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearm and ammunition:

- Smith & Wesson 9 mm pistol, Serial # PBL0622
- 9 mm ammunition

All in violation of Title 18, United States Code, Section 922(n).

**COUNT SIX:**      **Title 18, United States Code, Section 922(n) - Possession of Ammunition by An Individual Who is Under Indictment**

On or about September 7, 2004, in Springfield, in the District of Massachusetts,

**VITO RESTO,**

defendant herein, while under indictment for a crime punishable by a term of imprisonment exceeding one year, knowingly did possess (in the center console of a motor vehicle), in or affecting interstate commerce, the following firearm and ammunition:

- Eighteen rounds of 9 mm ammunition

All in violation of Title 18, United States Code, Section 922(n).

**COUNT SEVEN:** **Title 18, United States Code, Section 922(a)(6) - False Statement to a Federally Licensed Firearms Dealer**

On or about August 30, 2004, in Springfield in the District of Massachusetts,

**VITO RESTO**

defendant herein, in connection with the acquisition of a firearms, to wit: a Smith & Wesson 9 MM pistol, serial # PBL4082, from Smith & Wesson, a federally licensed dealer in firearms, did knowingly make or cause to be made a false and fictitious written statement on a Smith & Wesson Non Member Orientation Form. By signing the "Non Member Orientation" Form, **VITO RESTO** falsely represented that he had not been convicted of a crime punishable for more than one year. This statement was intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the acquisition, namely, that **Vito Resto** was prohibited from acquiring a firearm from Smith & Wesson because of his prior convictions.

All in violation of Title 18, United States Code, Sections 2 and 922(a)(6).

**COUNT EIGHT:** **Title 18, United States Code, Section 922(a)(6) - False Statement to a Federally Licensed Firearms Dealer**

On or about September 7, 2004, in Springfield in the District of Massachusetts,

**VITO RESTO**

defendant herein, in connection with the acquisition of a firearms, to wit: a Smith & Wesson 9 mm pistol, Serial # PBL0622, from Smith & Wesson, a federally licensed dealer in firearms, did knowingly make or cause to be made a false and fictitious written statement on a Smith & Wesson Non Member Orientation Form. By signing the "Non Member Orientation" Form, **VITO RESTO** falsely represented that he had not been convicted of a crime punishable for more than one year. This statement was intended or likely to deceive the dealer with respect to a fact material to the lawfulness of the acquisition, namely, that **Vito Resto** was prohibited from acquiring a firearm from Smith & Wesson because of his prior convictions.

All in violation of Title 18, United States Code, Sections 2 and 922(a)(6).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: at 11:40     April 7, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT

10