AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__     DISTRICT OF     __MASSACHUSETTS__

UNITED STATES

V.

VITO RESTO

APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case

I certify that I am admitted to practice in this court.

April 7, 2005
Date

Signature

Paul Hart Smyth          634600
Print Name               Bar

1550 Main Street
Address

Springfield       MA     01103
City              State  Zip Code

Phone Number             Fax