UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Cr. No. 05-CR-30016 |
| VITO RESTO | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its undersigned attorneys, respectfully requests that the Court seal and impound the indictment. The indictment contains sensitive information. Premature release of this documents, and any resulting court orders, could jeopardize the investigation and potentially place the public at risk.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL H. SMYTH
Assistant U.S. Attorney

Dated: April 7, 2005