UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

filed in court
04-14-05

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05CR30016-MAP |
| ) | |
| VITO RESTO, ) | |
| Defendant. ) | |

Motion for Detention Hearing

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because it involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_\_ Maximum sentence of life imprisonment or death

    \_\_\_\_\_ 10 plus years drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk of obstruction of justice

2. Reason for Detention. The Court should detain defendant because there are no conditions of release which reasonably will assure (check on or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. Rebuttable Presumption

The United State (~~will~~, will not) invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).

If "yes," the presumption applies because (check one or both):

    \_\_\_\_\_ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

    4. <u>Time for Detention Hearing</u>. The United States requests that the Court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

    __X__ After continuance of __1__ day (not more than 3)

    5. <u>Witnesses</u>. The United States intends rely upon a proffer by an Assistant U.S. Attorney or the testimony of witnesses. The amount of time for the government's proffer or direct examination of witnesses is estimated to be: one-half hour.

    6. <u>Other Matters</u>.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _/s/ Kevin O'Regan_
Kevin O'Regan
Assistant U.S. Attorney

Dated: April 14, 2005