✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

UNITED STATES

V

VITO RESTO

**APPEARANCE**

Case Number:   05-30016

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States.

I certify that I am admitted to practice in this court.

April 16, 2005
Date

Signature

Paul Hart Smyth          636600
Print Name               Bar Number

1550 Main Street
Address

Springfield          MA      01103
City                 State   Zip Code

(413)785-0106
Phone Number                 Fax Number