AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

filed in Court
4-15-05
[signature]

## APPEARANCE

Case Number: 05-30016 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Vito Resto

Date: 4/15/05

Signature: [signature]

Print Name: MARK MASTROIANNI

Address: 95 State

City: ____  State: ____  Zip Code: ____

Phone Number: 732-0222