UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-30016 |
| ) | |
| VITO RESTO ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO UNSEAL

Now comes the United States of America by and through its undersigned attorneys and moves this Honorable Court to unseal the above-captioned indictment because the Defendant has been arrested and therefore no further purpose is served by the continued sealing of said documents.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL HART SMYTH
Assistant U.S. Attorney

Date:   April 15, 2005