UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                    )<br>)<br>)<br>)<br>)<br>VITO RESTO,                     )<br>    Defendant.              ) | CRIMINAL NO. 05-30016-MAP |

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Mark Mastroianni, counsel for the Defendant Antonio Marin, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States to the defendant. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3. The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from the Defendant's

initial, April 15, 2005, through , through the initial status date, June 3, 2005 is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5. The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6. The parties agree that it is premature to establish a final status conference at this time.

7. Attorney Mark Mastroianni has reviewed the above document and agreed to the above listed terms and conditions.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Paul Hart Smyth
    ------------------------
    Paul Hart Smyth
    Assistant U.S. Attorney

Mark Mastroianni, Esq.
Counsel for Antonio Marin