```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )      Criminal No. 05-30016-MAP
                              )
                              )
         v.                   )
                              )
    VITO RESTO,               )
         Defendant.           )
```

### MEMORANDUM PURSUANT TO LOCAL RULE 116.5

The United States of America, by and through its undersigned attorneys hereby files this memorandum. The government has provided a copy to Mark Mastroianni, counsel for Defendant.

1. The Government has provided or made available all of its discoverable information. There are no outstanding discovery requests from the Defendant in this case. The Defendant has not provided any discovery to the government.

2. The parties do not anticipate additional discovery as the result of future receipt of information.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6. The parties request this Court to set a date for the Defendant to file a motion to suppress evidence and a motion to dismiss the indictment.

7. The parties are not currently engaging in plea negotiations.

8. The parties agree that there are periods of excludable delay. The parties agree that the time from June 3, 2005, the date of the initial status, until the July 13, 2005 should be excluded in the interests of justice to allow counsel sufficient time to review the discovery materials, including two lengthy video tapes. 18 U.S.C. 3161(h)(8)(A).

9. In the event that a trial is necessary the trial will last approximately 4 days.

10. A date convenient with the Court should be established for Pretrial Conference.

Filed this 13th day of July, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Paul Hart Smyth
PAUL HART SMYTH
Assistant United States Attorney

_____
Mark Mastroianni, Esquire
Counsel for Defendant
On behalf of Defendant

2