UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>VITO RESTO, )<br>Defendant ) | Criminal No. 05-30016-MAP |

<u>FINAL STATUS REPORT</u>
July 13, 2005

NEIMAN, U.S.M.J.

The court held to a final status conference this day and in accord with Local Criminal Rule 116.5(D), reports as follows:

1. A pretrial conference has been scheduled for July 27, 2005 at 2:30 p.m. in Courtroom I. Defendant will inform the court at that time whether he wishes to file any dispositive motions.

2. Defendant does not intend to raise a defense of insanity or public authority.

3. All discovery has been completed.

4. The parties are not currently engaged in plea negotiations.

5. The parties report and the court finds that no time has yet run on the Speedy Trial clock. An Order of Excludable Delay will issue.

6. There are no other matters relevant to the progress or resolution of the case.

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge