UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

CIVIL / CRIMINAL

CASE NO.  05-30016

V.

VITO RESTO

Defendant

## NOTICE OF RESCHEDULING

PONSOR               D.J.

PLEASE TAKE NOTICE that the above-entitled case has been RESET for STATUS CONFERENCE FROM JULY 27, 2005 TO AUGUST 11, 2005 AT 2:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM #1 ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

JULY 22, 2005                                        /s/Elizabeth A. French

Date                                                 By:  Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**