UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 05-30016-MAP |
| | ) |
| VITO RESTO | ) |

## MOTION FOR MODIFICATION OF TERMS OF RELEASE

Now comes the defendant and respectfully requests his terms of release be modified as follows:

1. To allow him to attend the birthday party for his one year old daughter on 8/6/05 between the hours of 1:00 p.m. to midnight.

    As grounds for this request the defendant states the birthday part is being held at a hall located at 632 Page Blvd., Springfield, Ma. Both the defendant and the child's mother have the responsibility of setting up and preparing for a large number of guests. The defendant further states he has been in compliance with the terms and conditions of his release without incident causing the matter to be brought before the court for any violation.

2. The defendant requests to be allowed to play in the Western Mass Touch Football League which involves playing in one game each weekend either on Saturday or Sunday. The games are generally scheduled early morning or early afternoon. All games are played in Springfield with the exception of one game which is played at a field in Palmer. The defendant does not have a formal schedule yet of games, but will provide one to pretrial services upon receipt of this schedule. The defendant requests to be released from his conditions for 2-1/2 hours for purposes of playing in a game each week.

THE DEFENDANT

BY: *[signature]*
Mark G. Mastroianni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

## CERTIFICATE OF SERVICE

    I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 and pre-trial services, Tolland Gladden, Esq., 1550 Main Street, Springfield, Ma. 01103 this 2nd day of August, 2005.

Mark G. Mastroianni