UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 05-30016-MAP |
| | ) |
| VITO RESTO | ) |

### MOTION FOR RECONSIDERATION OF 8/6/05 CURFEW

The Defendant respectfully requests reconsideration as the Birthday Party for Defendant's daughter is scheduled to begin at 5:00 p.m.

The Defendant requests the court allow him to remain at the function until midnight but limit the time he may be released from his curfew to 4:00 p.m.

Accordingly, the Defendant requests the hours of 4:00 p.m. to midnight (court has allowed presently the hours of 1:00 p.m. to 9:00 p.m)

THE DEFENDANT

BY:_____
Mark G. Mastroianni, Esq.
95 State Street, Ste. 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

[Handwritten margin note: Allowed: curfew 4:00 p.m. to 10:00 p.m. August 6, 2005. Allowed as to follow. Kenneth P. Neiman USMJ]

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 and pre-trial services, Tolland Gladden, Esq., 1550 Main Street, Springfield, Ma. 01103 this 5 day of August, 2005.

_____
Mark G. Mastroianni