UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 05-30016-MAP
)
VITO RESTO )

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant and respectfully requests his conditions of release be modified to allow his employment as follows:

| Day | Hours |
|---|---|
| Monday | 4:00 p.m. to 3:00 a.m. |
| Tuesday | 7:00 a.m. to 5:00 p.m. |
| Wednesday | 7:00 a.m. to 5:00 p.m. |
| Thursday | 4:00 p.m. to 3:00 a.m. |
| Friday | 4:00 p.m. to 3:00 a.m. |
| Saturday | 4:00 p.m. to 3:00 a.m. |
| Sunday | 7:00 a.m. to 5:00 p.m. |

The defendant states these hours are based on a new scheduled provided to the defendant by his employer and are different from what he is currently allowed on the curfew.

THE DEFENDANT
BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

## CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., and Tolland Gladden, Pre-Trial Services, United States District Court, 1550 Main Street, Springfield, Ma. 01103 this day of August, 2005. Fax

_____
Mark G. Mastroianni