```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
      v.                     )   CRIMINAL NO. 05-30016-MAP
                             )
VITO RESTO,                  )
      Defendant.             )
```

THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(ASSENTED TO)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from July 14, 2005 until November 14, 2005. In support of this motion, the Government states that the following:

1. On July 13, 2005, at a status conference before Magistrate Neiman, Attorney Mastroianni informed the court that the Defendant would be submitting pretrial motions. Attorney Mastroianni requested a September date for filing due to his busy schedule, which included a murder trial in state court. Magistrate Neiman considered Attorney Mastroianni's schedule in granting a lengthy period for the Defendant's motion to be filed. The undersigned Assistant U.S. Attorney assented to counsel's request for sufficient time to adequately prepare the Defendant's motions.

Continuity of counsel and consideration of counsel's busy schedule outweighs the usual speedy trial interests in this case. It is in the best interests of the Defendant, the government, and the public, to exclude the time from July 14, 2005, until November 14, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  /s/ Paul Hart Smyth
                                _____
                                Paul Hart Smyth
                                Assistant U.S. Attorney

Dated: September 13, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts

                                       September 13, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Mark Mastroianni, 95 State Street, Springfield, MA.

                                       /s/ Paul Hart Smyth
                                       Paul Hart Smyth
                                       Assistant U.S. Attorney