UNITED STATES FEDERAL COURT

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs.                     ) | NO. 05-30016-MAP |
| ) | |
| VITO RESTO              ) | |

### MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant and respectfully requests this Honorable Court modify his conditions of release by allowing him to travel to and remain in San Juan Puerto Rico from Wednesday, September 14, 2005 until Sunday evening, September 18, 2005.

As grounds for this request the defendant states his grandfather has died, see attached obituary, and the defendant would like to travel with his immediate family to attend services in San Juan, Puerto Rico.

The defendant will be traveling on American Airlines, Flight #1019, departing from Logan International Airport at 7:15 am and arriving in San Juan between 10:30-11:00 am. The return flight is American Airlines Flight #1312, departing San Juan at 5:35 pm and arriving at Bradley International Airport at 9:25 pm.

The defendant will be staying at The Wyndham Hotel in San Juan, Puerto Rico. The reservations are being held by his cousin Jeffery Rivera.

Funeral arrangements are as follows: Cementerio Municipal de Comerio, Cidra, Puerto Rico, Amader Rivera Funeral Home. Wake: September 13-15, 2005 from 8:00 am til 3:00 pm. Funeral: September 16, 2005.

THE DEFENDANT

BY: _____
Mark G. Mastroianni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

## CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney Paul Smyth, 1550 Main Street, Springfield, MA 01103 and the Pre-trial Services Springfield, MA. 01103 this 13 day of September, 2005.

_____
Mark G. Mastroianni



## CAPILLA Y FUNERARIA RIVERA

COMUNIDAD GANDARA CALLE 2  TELS. 739-2376 Y 739-6671
#130 CIDRA, PUERTO RICO     P.O. BOX 236 – 00739

12 de septiembre de 2005

Certifico que el Sr. Amador Rivera Martínez falleció el día 12 de septiembre de 2005 en el Hospital San Juan Bautista de Caguas y será sepultado el día 13 de septiembre de 2005 en el Cementerio Municipal de Comerio, P.R. y los servicios fueron prestados por la Funeraria Rivera de Cidra, P.R.

Sin otro particular al cual referirme, quedo de usted a sus gratas órdenes.

Atentamente,

Angel Daniel Rivera Rivera
Director, Funeraria Rivera

Attn: Marc Mastriani

# Vito Resto - 246-5939

### Leaving September 14, 2005

American Airlines – flight 1019

    -departing Boston 7:15 a.m.

    -arriving San Juan 10:30 - 11:00 a.m.

### Returning September 18, 2005

American Airlines – flight 1312

    -departing San Juan 5:35 p.m.

    -arriving Hartford 9:25 p.m.

### Staying At

Wyndham Hotel (only Wyndham Hotel in Puerto Rico)
San Juan, Puerto Rico

Reservations held by cousin Jefferey Rivera


### Funeral Home

Cementerio Municipal de Comerio
Cidra, Puerto Rico
Amader Rivera Funeral Home

### Wake
9-13-05 thru 9-15-05   8 a.m. to 3 p.m.
### Funeral
9-16-05