UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 05-30016-MAP |
| | ) |
| VITO RESTO, | ) |
| Defendant. | ) |

## THE GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully opposes the Defendant's Motion to Modify Conditions of Release filed September 13, 2005. The Defendant faces a fifteen year mandatory minimum sentence on the above-captioned case, and he would present a flight risk if he were allowed to travel to Puerto Rico.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul Hart Smyth
Assistant U.S. Attorney

Dated: September 13, 2005