UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

                  **CASE NO. 05-30016 - MAP**

      **V.**

**VITO RESTO**

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE on 12/21/05 at 11:00 A.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

                                      SARAH THORNTON
                                      CLERK OF COURT

11/28/05                             **By: /s/ Elizabeth A. French**
  Date                                     **Deputy Clerk**

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                       [kntchrgcnf.]
                                                                                                    [ntchrgcnf.]