UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 05-30016-MAP |
| | ) |
| VITO RESTO | ) |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant and respectfully requests this Honorable Court modify the defendant's term of release. Presently the defendant has restrictive terms of release which include a curfew, an electronic monitoring bracelet, as well as the posting of $10,000.00 cash.

As grounds for this request the defendant states circumstances have changed which justify modifying conditions of release to remove the electronic monitoring and curfew while keeping the $10,000.00 cash posted.

As grounds for this request the defendant states he had filed a Motion to Strike Application of the Armed Career Criminal Act which would have subjected the defendant to a minimum mandatory 15 year sentence if convicted. At the time the conditions of release were set, the court was proceeding as if the Government would pursue application of the Armed Criminal Career Act, and set conditions accordingly.

On or about 11/15/05 the Government withdrew its stated intention to designate the defendant as an Armed Criminal Career based on three previous convictions. Accordingly the defendant is now facing a guideline sentence which is in the rough calculated range of five years.

The defendant further states; at the beginning of this case, he surrendered himself to avoid any need for authorities to arrest him or try to execute an arrest warrant. The defendant has shown he can be responsible relative to his obligation to the court as previous modifications have allowed him to travel to Puerto Rico to attend family matters and to attend other family matters in the immediate area. There has been no report of problems with the defendant's compliance with the terms of release. As the amount of time the defendant is facing, if convicted, has been significantly affected by the Government's withdrawal of its intentions to apply the A.C.C., the defendant believes the modification of release and conditions is appropriate.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Mark G. Mastroianni
Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

    I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Paul Smyth, United States District Court, 1550 Main Street, Springfield, MA 01103 this 28th day of November 2005.

/s/ Mark G. Mastroianni