UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                        ) | NO.   05-30016-MAP |
| ) | |
| VITO   RESTO                     ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant and respectfully requests this Honorable Court allow the defendant's condition of release to be modified relative to his curfew on Christmas Day 12/25/05. The defendant states he is presently allowed to be out of his house on Christmas Day from 8:00 a.m. to 4:00 p.m. .

The defendant is requesting conditions be modified to allow him to be out on Christmas Day from 8:00 a.m. to 10:30 p.m.. The defendant requests this extension in order to attend various family events in the Springfield area.

The defendant has been granted modifications previously and there has never been any issue with his compliance with the modified terms.

Respectfully submitted,

DEFENDANT

BY: /s/ Mark G. Mastroianni, Esq.
Mark G. Mastroianni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to United States Attorney, Paul Smyth, 1550 Main Street, Springfield, MA 01103, this 19th day of December 2005.

/s/ Mark G. Mastroianni