UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30016-MAP |
| | ) | |
| VITO RESTO, | ) | |
| Defendant. | ) | |

**THE GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to deny the Defendant's Motion to Modify the Conditions of His Release. (Dkt. #32). There is no compelling reason for the Defendant to be away from his residence at 10:30 p.m. The Government would assent to extending the Defendant's curfew from 8 a.m to 8 p.m. on December 25, 2005.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                          By:  /s/ Paul Hart Smyth
                               _____
                               Paul Hart Smyth
                               Assistant U.S. Attorney

Dated: December 20, 2005

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                    Springfield, Massachusetts
                                                  December 20, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Mark Mastroianni, 95 State Street, Springfield, MA.

                                           /s/ Paul Hart Smyth
                                           Paul Hart Smyth
                                           Assistant U.S. Attorney