UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  NO.  05-30016-MAP |
| | ) |
| VITO  RESTO | ) |

**MOTION TO STAY PAYMENT OF ASSESSMENT**

    Now comes the defendant and respectfully requests this Honorable Court *Stay* the requirement that the defendant immediately pay a court assessment of $800.00 as indicated under the "criminal monetary penalties" Judgement In A Criminal case.

    As grounds for this request the defendant states sentence was imposed on 4/10/06 and the judgement was electronically forwarded to counsel dated 4/17/06. Counsel states that the defendant recalls the court indicating there would be no assessment due to the defendant's family situation and need to support his daughter. The court allowed the defendant an extended period before self surrendering in order that he continue working so that money could be put away for the family. Counsel also has a memory of the court indicating that certain assessments, penalties, or fees, would not be imposed, however, counsel's memory is not clear as to what the court indicated it would waive.

    Accordingly, counsel has ordered a portion of the transcript from the sentencing to clarify what exact fees were waived and what penalties were imposed. This request for transcript has been made on today's date and counsel is requesting a *Stay of Payment* be imposed for 30 days so that the transcript may be reviewed and, if appropriate, the defendant may seek to modify the judgement.

                                                          Respectfully submitted,
                                                          DEFENDANT

<u>BY: /s/ Mark G. Mastroianni, Esq.</u>

95 State Street

Springfield, MA 01103

(413) 732-0222

BBO#556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to United States Attorney Paul Smyth, 1550 Main Street, Room 310, Springfield, MA 01103, and via mail to Richard Rinaldi, Federal Probation Services, 1550 Main Street, Room 212, Springfield, MA 01103 this 24th day of April 2006.

/s/ Mark G. Mastroianni