UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | NO.  05-30016-MAP |
| ) | |
| VITO  RESTO   ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant and respectfully requests this Honorable Court modify his conditions of release by removing his monitoring bracelet and adjusting his curfew to allow him to be out of the house between 9:00 am and 11:00 pm; for days the defendant is working the curfew requested is 9:00 am to 3:00 am or to be adjusted accordingly by Pre-trial Services upon work hour verification.

As grounds for this request the defendant states;

1. The defendant originally turned himself in on a warrant in this case realizing the Government would be proceeding under Armed Career Criminal which would, if convicted, carry a significant penalty

2. During the pendency of the case, before the Armed Career Criminal section was dismissed, the defendant was released and had no violations of his terms of release;

3. The defendant's sentence is 24 months; as such, the length of the sentence does not pose any risk or incentive for the defendant to flee;

4. While on release the defendant has complied with all terms and conditions including modifications which have allowed him to travel outside the jurisdiction on several occasions.

THE DEFENDANT

BY:/s/ Mark G. Mastroianni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 8th day of June, 2006.

/s/ Mark G. Mastroianni