UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 05-30016-MAP
)
VITO RESTO )

### MOTION FOR MODIFICATION TERMS OF RELEASE
### (REQUEST FOR PERMISSION TO TRAVEL)

Now comes the defendant and respectfully requests this Honorable Court allow him to travel to Puerto Rico before he is obligated to self-surrender to a facility designated by the U.S. Marshal.

As grounds for this request the defendant states he hopes to travel with his immediate family to Puerto Rico to visit with relatives before he begins serving his sentence. The defendant's plans would include leaving on June 30, 2006 and returning on July 9, 2006.

As grounds for this request the defendant states he was allowed permission to travel to Puerto Rico to attend to family obligations during the pendency of this case. As further grounds, the defendant states the sentence he received was not excessive so as to provide any incentive not to return. The defendant has significant ties to the Springfield area, has demonstrated responsibility during the pendency of the case by complying with his conditions of release and has shown a commitment to his child.

The U.S. Attorney's office, by Paul Smyth, has advised the defense that he would oppose this request.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Mark G. Mastroianni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Paul Smyth, United States District Court, 1550 Main Street, Springfield, MA 01103 this 28th day of June 2006.

/s/ Mark G. Mastroianni