UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30016-MAP |
| | ) | |
| VITO RESTO, | ) | |
| Defendant. | ) | |

**THE GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to deny the defendant's Motion to Modify the Conditions of Release (Dkt. #40). The government's opposition stems from its concerns with the defendant's violent past and penchant for shooting firearms. The government's position is that the defendant should have already begun serving the sentence imposed by this Court on April 17, 2006. Allowing the defendant to travel to Puerto Rico would present significant temptation to him to overstay his vacation instead of returning to begin his incarceration in a federal facility.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:  /s/ Paul Hart Smyth
                            _____
                            Paul Hart Smyth
                            Assistant U.S. Attorney