UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 05-30016-MAP |
| | ) |
| VITO RESTO | ) |

**MOTION FOR EXTENSION OF SELF SURRENDER DATE**

Now comes the defendant and respectfully request this Honorable Court extend the date the defendant is required to self surrender.

As grounds for this request counsel states he has been advised by the United States Marshal (Daniel Spellacy) on July 12, 2006 that the defendant has not been designated to any facility.

Accordingly, the established date of surrender needs to be adjusted so the Marshal's Office can properly designate the defendant.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to AUSA Paul Smyth, United States District Court, 1550 Main Street, Springfield, MA 01103, this 12th day of July 2006.

/s/ Mark G. Mastroianni