UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 05-30016-MAP |
| ) | |
| VITO RESTO ) | |

### REQUEST FOR RELEASE OF BAIL

Now comes Attorney Mark G. Mastroianni, and respectfully requests this Honorable Court release/discharge the bail posted in this matter; as the case is completed and the defendant has surrendered himself and is presently incarcerated in a Federal Penal Institution.

Counsel states an assignment of bail has previously been executed and submitted to the court under which the bail was assigned as the attorney fee for representation in the criminal matter.

Accordingly, it is requested the bail be released/discharged to Attorney Mark G. Mastroianni.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Mark G. Mastroianni, Esq.
95 State Street -Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084