UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Criminal Action No.: 05-30016-MAP
)
)
VITO RESTO, )
                Defendant )

ORDER OF DISBURSEMENT
September 14, 2006

PONSOR, D.J.

     It is hereby ordered that the Clerk disburse bail the amount of $10,000.00 posted as cash bail on June 16, 2005, to Mark G. Mastroianni, Esq., 95 State Street, Suite 309, Springfield, MA 01103. Cash bail was posted by Luis Rivera and on August 5, 2005, with agreement of the surety, was assigned to Attorney Mastroianni. The defendant has been sentenced and is serving his sentence.

     IT IS SO ORDERED.

                                                      /s/ Michael A. Ponsor
                                                      United States District Judge